UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 04-cv-230

KATHERINE BOGGS                                         PLAINTIFF,

v.                                            **JUDGMENT**

HARTFORD LIFE & ACCIDENT
INSURANCE CO.,                                          DEFENDANT.

* * * * * * * *

In compliance with Fed. R. Civ. P. 58,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1) the Defendant's Motion for Judgment on the Pleadings is **SUSTAINED**;

(2) the Plaintiff's Motion for Summary Judgment is **OVERRULED**;

(3) this matter is hereby **DISMISSED AND STRICKEN** from the active docket of this Court; and

(4) there being no just cause for delay, this is a **FINAL AND APPEALABLE** Judgment.

This _10_ day of January, 2006.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

Henry R. Wilhoit, Jr.
Senior U.S. District Judge